UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

   -v-                                                                                                   No.  24 CR 317-LTS

LAQUAN WILLIAMS,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the attached correspondence from the defendant, who is represented by counsel.  The Court does not act on pro se submissions by persons who are represented.  Christopher Wright, Mr. Williams' counsel, is directed to confer with Mr. Williams regarding the submission and, if any application to the Court regarding the matter is appropriate, counsel may make such application at an appropriate time.

      SO ORDERED.

Dated: New York, New York
       October 30, 2024

                                                               /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge



CONSTITUTION CONFRONTATION CLAUSE

UNITED STATES VS TURNER F.SUPP 194 CRIM NO. 78-80240

DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

CORE TERMS:

TRUST WORTHINESS, CORROBORATING, CIRCUMSTANCE, DECLARANT,RESIDUAL,RELIABILITY,HEARSAY,EXCEPTION,IMPLICATED COCAINE CURRY,INDICTMENT,HEARSAY,WRITTEN STATEMENT,GRANDJURY SENTENCE,ADMIT,CORROBORATIVE EVIDENCE, PENAL INTEREST,CROSS EXAMINATION,PROFERRED,CASE

CASE SUMMARY:

PROCEDURAL POSTURE:

THE GOVERNMENT FILED A MOTION UNDER FED. R. EVID 804(B)(3)(B)5 FOR THE ADMISSION OF CERTAIN SWORN STATEMENTS AS WELL AS THE GRAND JURY TESTIMONY OF DECEASE CO-CONSPIRATOR IN DEFENDANTS TRAIL FOR HIS INVOLVEMENT IN AN ALLEGED INTERNATIONAL COCAINE SMUGGLING CONSPIRACY

OVERVIEW:

DEFENDANT AND TWO OTHER WERE INDICTED FOR ALLEGED INTERNATIONAL COCAINE SMUGGLING CONSPIRACY.AT DEFENDANTS TRAIL THE GOVERNMENT SOUGHT TO ADMIT THE SWORN WRITTEN STATEMENTS AND GRAND JURY TESTIMONY OF ONE OF THE DECEASED CO-CONSPIRATORS, WHO HAD IMPPLICATED DEFENDANTS IN CONSPIRACY. THE COURT DENIED THE GOVERNMENTS MOTION ,HOLDING THAT STATEMENTS AND TESTIMONY WERE NOT ADMISSIBLE UNDER FED.R.EVID. 804(B)(3) BECAUSE THE CO-CONSPIRATOR HAD NOT MADE HIS WRITTEN STATEMENT AGAINST HIS PENAL INTEREST . THE COURT FOUND THAT THE CO-CONSPIRATOR WAS CURRYING FAVOR WITH THE GOVERNMENT FOR LENIENCY AT THE TIME HE MADE THE STATEMENT BECAUSE THERE HAD BEEN OTHER CHARGES PENDING AGAINST HIM AND IT WS IN HIS BEST INTEREST TO COOPERATE WITH THE GOVERNMENT IN THE DEFENDANTS CASE.FURTHER THE EVIDENCE WAS INADMISSIBLE UND FED.R.EVID 804(B)(5) BECAUSE THE COURT FOUND THAT THE CO-CONSPIRATOR LACKED TRUSTWORTHINESS. ALTHOUGH THE INSUFFICIENT TO ESTABLISH RELIABILITY BECAUSE ALL OF THE EVIDENCE WENT TO THE CO-CONSPIRATOR VERACITY AND NONE WENT TO THE ASPECTS OF THE STATEMENT AND TESTIMONY INCRIMINATING THE DEFENDANTS

OUTCOME:

THE COURT DENIED THE GOVERNMENT MOTION TO ADMIT THE STATEMENTS AND GRAND JURY TESTIMONY OF A CO-CONSPIRATOR IN DEFENDANTS TRAIL FOR HIS INVOLVEMENT IN AN ALLEGED INTERNATIONAL COCAINE SMUGGLING CONSPIRACY

c/o Honorable Judge - Swain

LAQUAN WILLIAMS 79176-054

99.9 PERCENT OF THIS CASE GO TOWARDS ALEXANDER BERSTEIN , MR BERSTEIN IS DECEASE HE DIED OVER A DRUG OVERDOSE  THE GOVERNMENT DOES NOT HAVE ANY VALID OR PHYSICAL EVIDENCE NO CELL TOWER PING NO TEXT MESSAGES ANYTHING THAT  CAN PUT ME AT THE SCENE OF A CRIME WITH THIS INDIVUAL.. 6TH AMENDMENT TO BE ABLE TO CROSS EXAMINE YOUR ACCUSER HOW CAN I CROSS EXAMINE A PERSON THAT'S NOT HERE .. I LOOK AT THE DISCOVERY OVER IN OVER AGAIN I GUESS WHEN HE MADE A STATEMENT HE GAVE THE POLICE THE CRIMES HE WAS DOIN... ON JULY 20, 2023 SOMEONE SENT ME A PICTURE OF ALEXANDER BERSTEIN THIS  PERSON COULD OF SENT THIS PICTURE TO A MILLION PEOPLE .. WHEN FRAUD IS COMMITTED YOU HAVE TO PROVIDE INFORMATION FOR THAT MALE OR FEMALE CAN STUDY IN THIS CASE WHERE THE INFORMATION ITS NONE  COMIN FROM MY CELLPHONE OR ANY CELL PHONE I OWNED THE POLICE TOOK ALL PHONES I DID NOT AIDED AND ABETTED I DIDN'T KNOW ABT THIS CRIME I DIDN'T EVEN KNOW MR BERSTEIN AT THIS TIME.. THIS IS A LIFE EXCHANGING , HUGE AMOUNT OF MONEY THIS IS 13, 952,440.69 ,149,545.00, 862,844.77, 598,229.00, 83,994.47 ,3,400.00, 3,300.00, 132,106.33, 32,325.00... I REDID MY CULCALATION ACTUAL LOST IS 799,665.64 TOTAL LOST IS 91,738.05

SINCERELY

LAQUAN WILLIAMS

c/o Honorable Judge : Swain

Laquan Williams 372469
Hudson County Corr. Center
30 Hakensack ave.
Kearny, NJ 07032

DV DANIELS NJ 070

25 OCT 2024 PM 5 L

As in past elections,...
USPS is
If you choose
please mail
★ USA ★ FOREVER ★

Clerk
United States District Court
Southern District of New York
500 Pearl St
New York, N.Y 10036

RECEIVED
S.D.N.Y.

10007-133099