UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

       -v-                                                        No. 24CR317-LTS

LAQUAN WILLIAMS

                             Defendant.

-------------------------------------------------------------X

**ORDER**

      Christopher D. Wright, Esq. and Angus James Bell, Esq., are relieved as CJA counsel for the defendant. Sarah Sacks, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

      SO ORDERED.

Dated: New York, New York
          January 22, 2025

                                                              /s/ *Laura Taylor Swain*
                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge