UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES

   -v-                                                                                               No. 24-CR-317-LTS

LAQUAN WILLIAMS,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received correspondence from the Mr. Williams, who is represented by counsel. The Court does not act on pro se submissions by persons who are represented. Loc. Crim. R. 49.2. The Court will file the letter under seal and send a copy of the submission to Mr. Williams' counsel.

    SO ORDERED.

Dated: January 24, 2025
       New York, New York

                                                     /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge