# **MEMO ENDORSED**

## EPSTEIN SACKS PLLC
ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

February 26, 2025

Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Filed on ECF

<u>United States v. Laquan Williams</u>
24 Cr. 317 (LTS)

Dear Chief Judge Swain:

      We are recently appointed counsel to Laquan Wiliams pursuant to the Criminal Justice Act. We write to seek an adjournment of our pretrial conference currently scheduled for March 6, 2025. We are in the process of reviewing the copious amounts of discovery in this case and meeting with our client to develop a strategy for moving forward. For these reasons, we request an adjournment of approximately 60 days. We have discussed this request with the Government and they have no objection. We understand from our communications with Your Chambers that the Court and the parties are all available for a status conference on April 30, 2025 at 11:00AM.

Respectfully submitted,

*Sarah M. Sacks*

---

The foregoing request is granted. The pretrial conference in this matter is hereby adjourned until **April 30, 2025, at 12:00 p.m.** The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through April 30, 2025, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated herein. DE 27 resolved.
SO ORDERED.
2/28/2025
/s/ Laura Taylor Swain, Chief USDJ