UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES

   -v-                                         No.  24-CR-317-LTS

LAQUAN WILLIAMS

            Defendant.

--------------------------------------------------------x

## ORDER

        The Court has received correspondence from Mr. Laquan Williams, who is represented by counsel.  The Court does not act on pro se submissions by persons who are represented.  Loc. Crim. R. 49.2.  The Court will file the letter under seal and send a copy of the submission to Mr. Williams' counsel.

        SO ORDERED.

Dated: February 24, 2026
      New York, New York

                               /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                               Chief United States District Judge