UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES

   -v-                                                                No.  24-CR-317-LTS

LAQUAN WILLIAMS

        Defendant.

--------------------------------------------------------x


<u>ORDER</u>

      The Court has received correspondence from Mr. Laquan Williams, who is represented by counsel.  The Court does not act on <u>pro</u> <u>se</u> submissions by persons who are represented.  Loc. Crim. R. 49.2.  The Court will file the letter under seal and send a copy of the submission to Mr. Williams' counsel.  Defense Counsel is instructed to confer with Mr. Williams about this Order and the provisions of Southern District of New York Local Rule 49.2.


      SO ORDERED.

Dated: March 23, 2026
      New York, New York


                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                        Chief United States District Judge