UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES

   -v-                                                                              No.  24-CR-317-LTS

LAQUAN WILLIAMS

         Defendant.

--------------------------------------------------------x

<u>ORDER</u>

     The Court received a submission dated May 6, 2026 from Mr. Laquan Williams. Although Mr. Williams captioned the submission with a civil case number, 26-CV-1323, the submission appears to pertain to his ongoing criminal case.  Mr. Williams is represented by counsel in his criminal case, and the Court does not act on <u>pro</u> <u>se</u> submissions by persons who are represented.  Loc. Crim. R. 49.2.  The submission has been removed from the docket of Mr. Williams' civil case, and the Court will file the submission under seal and send a copy to Mr. Williams' counsel.  Defense Counsel is instructed to confer with Mr. Williams about this Order and the provisions of Southern District of New York Local Rule 49.2.

SO ORDERED.

Dated: May 11, 2026
      New York, New York

                             /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                             Chief United States District Judge