# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230
### Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

May 22, 2026

Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Filed on ECF

<u>*United States v. Laquan Williams*</u>
24 Cr. 317 (LTS)

Dear Chief Judge Swain:

Together with David S. Greenfield, we represent Laquan Williams pursuant to the Criminal Justice Act. We write to seek an adjournment of his sentencing hearing until July 29, 2026 at 230PM when we understand the Court is available. We ask for this adjournment because we need more time to review the Government's lengthy submission filed earlier this week and the accompanying supplementary discovery they produced to us related to their additional investigation which they claim supports loss amounts significantly larger than that described in the PSR. Undersigned lead counsel will be on trial in the Eastern District for approximately three weeks during June, which is why we ask for the late July date. The Government consents to this request.

Respectfully submitted,

*Sarah M. Sacks*

The foregoing request is granted. The sentencing in this matter is adjourned to July 29, 2026 at 2:30 p.m. This order resolves docket entry no. 55

SO ORDERED.

/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: May 22, 2026