UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

-v- No. 24-CR-317-LTS

LAQUAN WILLIAMS,

Defendant.

-------------------------------------------------------x

ORDER

In light of the appearance of Anthony J. Pope., Esq., as retained counsel for Mr. Williams and Mr. Williams' request that appointed counsel be relieved, Sarah Sacks, Esq., and David Greenfield, Esq., are relieved as CJA counsel for the Defendant. Mr. Williams is now represented by retained counsel.

SO ORDERED.

Dated: New York, New York
July 14, 2026

LAURA TAYLOR SWAIN
Chief United States District Judge