UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

-v-

No. 24-CR-317-LTS

LAQUAN WILLIAMS,

Defendant.

-------------------------------------------------------x

ORDER

In light of the Memorandum Endorsement filed on July 13, 2026 (docket entry no. 59), the Clerk of Court is respectfully directed to terminate docket entry no. 58.

SO ORDERED.

Dated: New York, New York
July 15, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge