UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES

-v- No. 24-CR-317-LTS

LAQUAN WILLIAMS,

Defendant.

-----------------------------------------------------x

SEALING ORDER

At the sentencing hearing on October 13, 2026, the Government moved for the sealing of the exhibits attached to its sentencing submission. The Government seeks sealing of these exhibits to protect confidential personal identifying information of victims and potential victims. The Government's sealing request is granted.

To effectuate sealing, the Government is directed to promptly bring unredacted copies of the exhibits to the Government's sentencing submission to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal, along with a copy of this Order.

SO ORDERED.

Dated: New York, New York
October 14, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge